**Raymond L. HAMPTON,
Plaintiff/Appellant,**

v.

**GUARANTEE TRUST LIFE INS.
CO., Defendant/Respondent.**

No. 62808.

Missouri Court of Appeals,
Eastern District,
Division One.

May 25, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 23, 1993.

Application to Transfer Denied
Aug. 17, 1993.

Raymond Hampton, pro se.

Francis G. Slay, Carol L. Stanton, Guilfoil, Petzall & Shoemake, St. Louis, for defendant/respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Plaintiff appeals the trial court's order granting defendant summary judgment on plaintiff's petition for breach of insurance contract. We affirm. Our review reveals no error of law; we believe an opinion would not have any precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order

affirming the judgment pursuant to Rule 84.16(b).